**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, NY 10007
Tel. (212) 637-2710
Fax (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE BRIEANT**

-----------------------------------------------------x

UNITED STATES OF AMERICA,                :

                          Plaintiff,     :           COMPLAINT

                                                     **'07 Civ CIV 5577**

          - v.-                          :

MARY A. PHIFER,                          :

                          Defendant.     :

-----------------------------------------------------x

Plaintiff United States of America (the "United States"), by and through its

undersigned attorney, Michael J. Garcia, United States Attorney for the Southern District of New

York, complaining of the defendant, alleges upon information and belief that:

        1.      Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1345.

        2.      Defendant resides at 164 Spring Street, Ossining, New York 10562, within

the Southern District of New York.

        3.      Pursuant to the provisions of Pub. L. No. 105-392 (1998), 42 U.S.C. §

293d, as amended, and the regulations promulgated thereunder at 42 C.F.R. Part 57, the

defendant applied for and received from the United States Department of Health and Human

Services, an agency of the United States, a Financial Assistance for Disadvantaged Health

Professions Students Scholarship ("FADHPS") Program covering tuition and other reasonable

educational expenses, in the total principal amount of $43,080.00. A true and correct copy of the

Student Agreement for Primary Health Care Service is attached hereto as Exhibit A and

incorporated herein.

        4.      By accepting the aforementioned awards, defendant was obligated: (a) to

attend a participating health professions school on full-time basis and maintain "good standing"

at this school; and (b) until completion of the service obligation under the Agreement, keep the

school informed at all times of any change in student status, address, telephone number, name,

and personal references; and (c) complete the educational program for which the scholarship was

awarded; and (d) if attending a school of allopathic or osteopathic medicine, within four years of

completing the educational program complete a three-year residency training program in

allopathic or osteopathic family medicine, internal medicine, pediatrics, combined

medicine/pediatrics, or preventive medicine approved by the Accreditation Council for Graduate

Medical Education (ACGME) or the American Osteopathic Association (AOA), or a general

practice residency program approved by the AOA, including participation in a rotating or primary

health care internship approved by the AOA; and (e) practice in one of the primary health care

specialities identified above for five years after completing the aforementioned training.

        5.      Defendant failed to fulfill her FADHPS obligation by not entering into and

completing a three year residency training program in allopathic or osteopathic family medicine,

internal medicine, pediatrics, combined medicine/pediatrics, or preventive medicine approved by

the ACGME or the AOA, or a general practice residency program approved by the AOA,

including participation in a rotating or primary health care internship approved by the AOA. By

reason of his failure, the United States is entitled to recover the total scholarship amount, plus

interest, amounting to $94,986.74, as of June 5, 2007.

6.     The defendant is indebted to the United States in the principal amount of $43,080.00, plus interest in the amount of $51,906.74, as of June 5, 2007, with interest accruing thereafter at the rate of 13.875 percent per annum.  A Certificate of Indebtedness from the Department of Health and Human Services is attached hereto as Exhibit B and incorporated herein.

7.     No part of this indebtedness has been paid.

WHEREFORE, plaintiff demands judgment against the defendant in the amount of $94,986.74, plus interest as of June 5, 2007, at the rate of 13.875 percent per annum to the date of judgment and interest from the date of judgment as provided by law, together with its costs and disbursements, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York

June 8 , 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the Plaintiff

By: _____

KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Telephone:  (212) 637-2710
Fax No.:     (212) 637-2717

VERIFICATION

STATE OF NEW YORK                    )
COUNTY OF NEW YORK                   : ss.:
SOUTHERN DISTRICT OF NEW YORK   )

        KATHLEEN A. ZEBROWSKI, being duly sworn, deposes and says that she is an

Assistant United States Attorney in the office of Michael J. Garcia, United States Attorney for

the Southern District of New York, that she has read the foregoing complaint, and that the same

is true and accurate to the best of her knowledge and belief.


                                        _____
                                        KATHLEEN A. ZEBROWSKI
                                        Assistant United States Attorney

Sworn to before me this 8th

day of June, 2007

_____
NOTARY PUBLIC

        KATHY TAYLOR
  Notary Public, State of New York
        No. 01TA5077230
    Qualified in Kings County
Commission Expires May 5, 2007