MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:  KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.:  (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------x

UNITED STATES OF AMERICA,          :

                Plaintiff,  :

     - against -          :          CONSENT JUDGMENT

MARY A. PHIFER,          :          07 CIV 5577 (CLB)

            Defendant.  :

--------------------------------x

     This action having been commenced by the filing of a complaint and the issuance of a summons on June 11, 2007, and an amended complaint having been filed on July 11, 2007, and defendant waiving service of the summons and acknowledging receipt of the amended complaint,

     NOW, on the signed consent of the plaintiff and the defendant, it is hereby

     ORDERED, ADJUDGED AND DECREED that plaintiff have judgment against defendant Mary A. Phifer in the sum of $83,474.21 plus the costs and disbursements in the sum of $350.00 amounting in all to the sum of $83,824.21 with interest from the date of judgment as provided by law and that plaintiff have execution therefor.

MICROFILM

JUL 2 2007

USDC SDNY WP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Dated:      New York, New York

            July 26 , 2007


Agreed and Consented to:

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the Plaintiff


By: _____
    KATHLEEN A. ZEBROWSKI
    Assistant United States Attorney

Sworn to before me this
16th day of July 2007

_____
        KATHY TAYLOR
    Notary Public - State of New York
        No. 01TA5077230
      Qualified in Kings County
    Commission Expires May 5, 2007

Sworn to before me this
17 day of July 2007

_____
MARY A. PHIFER
Defendant, Pro Se

_____
        LUIS CUAN
    Notary Public - State of New York
        ID No. 01CU6128877
    Qualified in Westchester County
    My Commission Expires June 20, 2009

SO ORDERED:  July 27, 2007


_____
UNITED STATES DISTRICT JUDGE